**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6389**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ZACHARY WILLIAMS,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. John R. Hargrove, Senior District Judge; Herbert N. Maletz, Senior Judge, sitting by designation. (CR-88-227, CA-96-18-HAR)

―――――――――

Submitted: July 10, 1997          Decided: July 23, 1997

―――――――――

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Zachary Williams, Appellant Pro Se. Lynne Ann Battaglia, United States Attorney, Andrea L. Smith, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Williams</u>, Nos. CR-88-227; CA-96-18-HAR (D. Md. Feb. 12, 1997). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>